HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, Appellant, *v.* J. WATSON WEBB, Respondent.

Argued October 15, 1953; decided November 20, 1953.

*Harold R. Medina, Jr.,* and *Allen F. Maulsby* for appellant.

*Richard H. McCann, Ambrose L. Cram* and *William L. Matheson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.